UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-05888-DOC (AS) | Date | July 22, 2021 |
|---|---|---|---|
| Title | Kyle Malbrue v. James Morales, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO FILE CASE MANAGEMENT REPORT**

On April 8, 2021, the Court issued an Order regarding Scheduling in Civil Rights Case directing each party to file and serve a Case Management Report on or before July 7, 2021. (Dkt. No. 28). The Case Management Reports are required to contain the following information:

A. A brief description of the factual and legal issues raised in this case.
B. A statement of the parties' discovery plans, including the completion of discovery to date, anticipated discovery to be conducted before the cut-off date, and any disputes / motions likely to be presented to the Court.
C. A description of any motions that the parties anticipate filing. If the defense does not intend to file a case dispositive motion, this information will be included.
D. The number of witnesses anticipated to testify at trial, and the nature of any expert witness testimony.
E. The parties' time estimate for trial, and whether the matter will be a jury or bench trial.
F. An explanation of the likelihood of settlement, and a statement of anticipated settlement or mediation methods to be used before trial.
G. Any other information that the parties deem important to bring to the Court's attention.

Defendants Alvarado, Chavez-Vasques and Morales filed their case management report in compliance with the Court's Order on July 7, 2021 (Dkt. No. 29). As of today, however, Plaintiff has not filed a Case Management Report or sought an extension of time to do so.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-05888-DOC (AS) | Date | July 22, 2021 |
|---|---|---|---|
| Title | Kyle Malbrue v. James Morales, et. al., | | |

    Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **no later than August 12, 2021**, as to why this action should not be dismissed with prejudice for failure to prosecute this action by filing a Case Management Report.

    This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's April 8, 2021 Order (Dkt. No. 28), a copy of which is attached for Plaintiff's convenience.  Plaintiff is reminded that the discovery deadlines imposed by the Court remain in effect and will not be continued absent good cause.

    **If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  A notice of dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that a failure to timely respond to this Order may result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

    IT IS SO ORDERED.

cc: David O. Carter
    United States District Judge