JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **KYLE MALBRUE,**<br><br>  Plaintiff,<br><br>v.<br><br>**JAMES MORALES, et al.,**<br><br>  Defendants. | Case No. 20-cv-5888 DOC (AS)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge:   The Honorable Alka Sagar<br>Action Filed: 6/25/2020 |

Having read and considered the stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Kyle Malbrue and Defendants J. Morales, J. Alvarado, and D. Chavez Vasquez (collectively, "the Parties"), the Parties' stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The entire matter is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

/ / /

/ / /

/ / /

1

2. Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: May 26, 2022              / s / Sagar
                                 The Honorable Alka Sagar
                                 United States Magistrate Judge